UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CYNTHIA LUDWIG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-CV-223-JEM |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 11**] is **GRANTED**, and the Commissioner's Motion for Summary Judgment [**Doc. 15**] is **DENIED**. The decision of the Commissioner is **VACATED AND REMANDED** for further proceedings.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT